B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Liapes, Nicholas T | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0031 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>310 Meadow Lake Lane<br>Lake Forest, IL<br><br>ZIP Code 60045 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br><br>f/d/b/a Black Ram, Inc.<br>1414 Oakton<br>Des Plaines, IL 60018 | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Liapes, Nicholas T |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Liapes, Nicholas T

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Nicholas T Liapes
Signature of Debtor  Nicholas T Liapes

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

May 13, 2009
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney*

X  /s/ Gina B. Krol
Signature of Attorney for Debtor(s)

Gina B. Krol 6187642
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
Address

312.368.0300  Fax: 312.368.4559
Telephone Number

May 13, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Nicholas T Liapes

Debtor(s)

Case No.

Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Nicholas T Liapes
                        Nicholas T Liapes

Date:   May 13, 2009

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Nicholas T Liapes                                                                    ,    Case No. _____

                                                                    Debtor

                                                                    Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 400,000.00 | | |
| B - Personal Property | Yes | 3 | 9,050.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 341,405.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 5 | | 383,390.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 616,221.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,682.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,882.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 409,050.00 | | |
| Total Liabilities | | | | 1,341,017.47 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Nicholas T Liapes

                                                                        ,
                                Debtor

Case No. _____

Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re    Nicholas T Liapes                                          ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 22 Park Lane<br>Park Ridge, IL 60068<br><br>In foreclosure | | - | 400,000.00 | 330,125.00 |

|  | Sub-Total > | 400,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 400,000.00 | |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Nicholas T Liapes                                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Village Bank and Trust<br>Arlington Heights, IL<br><br>Checking account | - | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Basic household goods and furniture, approximately 50 years old. | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. novels and two oil paintings purchased in 1960's | - | 300.00 |
| 6. Wearing apparel. | | Normal wearing apparel | - | 250.00 |
| 7. Furs and jewelry. | | Watch, wedding ring | - | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | New York Life Insurance Co.<br>Face value 250,000.00 | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     3,600.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Nicholas T Liapes                                                    ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 80% Black Ram Restaurant, Inc. out of business | - | Unknown |
| | | 15 shares MacDonalds @$30.00 per share | - | 450.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                   450.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Nicholas T Liapes                                                ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Cadillac Eldorado 80,000 miles | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 5,000.00 |
| (Total of this page) | |
| Total > | 9,050.00 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re  Nicholas T Liapes                                              ,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Real Property**<br>22 Park Lane<br>Park Ridge, IL 60068<br><br>In foreclosure | 735 ILCS 5/12-901 | 15,000.00 | 400,000.00 |
| **Cash on Hand**<br>Cash | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Village Bank and Trust<br>Arlington Heights, IL<br><br>Checking account | 735 ILCS 5/12-1001(b)<br>735 ILCS 5/12-1001(b) | 50.00<br>1,950.00 | 2,000.00 |
| **Household Goods and Furnishings**<br>Basic household goods and furniture,<br>approximately 50 years old. | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Misc. novels and two oil paintings purchased in<br>1960's | 735 ILCS 5/12-1001(b) | 300.00 | 300.00 |
| **Wearing Apparel**<br>Normal wearing apparel | 735 ILCS 5/12-1001(a) | 250.00 | 250.00 |
| **Furs and Jewelry**<br>Watch, wedding ring | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Interests in Insurance Policies**<br>New York Life Insurance Co.<br>Face value 250,000.00 | 215 ILCS 5/238 | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1998 Cadillac Eldorado<br>80,000 miles | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | 2,400.00<br>650.00 | 5,000.00 |

|  |  | Total: | 21,650.00 | 408,600.00 |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   Nicholas T Liapes                                                                    ,        Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 09-27-306-145-1013 | | | 2008 Real Estate Taxes | | | | | |
| Cook County Treasurer P.O. Box 802448 Chicago, IL 60680-2448 | | - | 22 Park Lane Park Ridge, IL 60068  In foreclosure | | | | | |
| | | | Value $                400,000.00 | | | | 3,875.00 | 0.00 |
| Account No. 08 CH 15136 | | | 1st Mortgage | | | | | |
| Deutsche Bank National c/o Codilis & Associates 15 W 030 Frontage Rd. Suite 100 Willowbrook, IL 60527 | X | - | 22 Park Lane Park Ridge, IL 60068  In foreclosure | | | | | |
| | | | Value $                400,000.00 | | | | 326,250.00 | 0.00 |
| Account No. | | | Association  Dues | | | | | |
| Park Lane Condominium Association c/o Kovitz, Shifrin, Nesbit 1220 Iroquois Ave., Ste. 100 Naperville, IL 60563 | X | - | 22 Park Lane, Unit 117 Park Ridge, IL | | | | | |
| | | | Value $                Unknown | | | | 11,280.00 | Unknown |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

|  0  continuation sheets attached | | | | Subtotal (Total of this page) | 341,405.00 | 0.00 |
| | | | | Total (Report on Summary of Schedules) | 341,405.00 | 0.00 |

B6E (Official Form 6E) (12/07)

In re    Nicholas T Liapes
_____,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

4    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    Nicholas T Liapes                                    ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Unpaid Wages<br><br>Eduardo Trejo<br>2093 Cedar St.<br>Des Plaines, IL 60018 | X | - | The Black Ram Restaurant | X | X | X | 1,497.34 | 1,497.34 | 0.00 |
| Account No. Unpaid Wages<br><br>Efrain Trejo<br>1603 Howard<br>Des Plaines, IL 60018 | X | - | The Black Ram Restaurant | X | X | X | 750.00 | 0.00 | 750.00 |
| Account No. Unpaid Wages<br><br>Feliciano Cabral<br>7500 Elmhurst Rd.<br>Des Plaines, IL 60018 | X | - | The Black Ram Restaurant | X | X | X | 12,177.95 | 1,227.95 | 10,950.00 |
| Account No. Unpaid Wages<br><br>Felipe Rivera<br>3141 W. 53rd Place<br>Chicago, IL 60632 | X | - | The Black Ram Restaurant | X | X | X | 12,574.45 | 1,624.45 | 10,950.00 |
| Account No. Unpaid Wages<br><br>Gabriel Martinez<br>2169 Ash St.<br>Des Plaines, IL 60018 | X | - | The Black Ram Restaurant | X | X | X | 711.95 | 0.00 | 711.95 |

Sheet  1  of  4   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 4,349.74 |
| 27,711.69 | 23,361.95 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  Nicholas T Liapes _____,  Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| James C. Vodnansky 1555 Ellinwood Apt. 1 Des Plaines, IL 60016 | X | - | | X | X | X | 520.91 | 0.00 | 520.91 |
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| John J. Liapes 925 Oak Knoll Dr. Lake Forest, IL 60045 | X | - | | X | X | X | 35,228.05 | 24,278.05 | 10,950.00 |
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| Jose Miguel Trejo 815 E. Oakton St Des Plaines, IL 60018 | X | - | | X | X | X | 481.30 | 0.00 | 481.30 |
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| Jose Trejo 1454 Willow St Des Plaines, IL 60016 | X | - | | X | X | X | 8,933.51 | 0.00 | 8,933.51 |
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| Joyce Murray 703 Brighton Circle Barrington, IL 60010 | X | - | | X | X | X | 3,180.73 | 0.00 | 3,180.73 |

Sheet  2  of  4  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 24,278.05 |
| (Total of this page) | 48,344.50 | 24,066.45 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     Nicholas T Liapes                                                    ,        Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| Juan C. Sanchez 403 Shawn Ct. Wheeling, IL 60090 | X | - | | X | X | X | 424.26 | 0.00 | 424.26 |
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| Pedro Castro 1720 Mannheim Rd. Des Plaines, IL 60018 | X | - | | X | X | X | 330.41 | 0.00 | 330.41 |
| Account No. Unpaid Wages | | | The Black Ram Restaurant | | | | | | |
| Sacremento Trejo 1881 Pine St. Des Plaines, IL 60018 | X | - | | X | X | X | 6,939.21 | 0.00 | 6,939.21 |
| Account No. 1509171 | | | Unpaid tip money from employees of Black Ram Restaurant, Inc. | | | | | | |
| US Department of Labor 230 S. Dearborn Street Room 412 Chicago, IL 60604 | X | - | | X | X | X | 40,000.00 | 40,000.00 | 0.00 |
| Account No. Case Number 1509171 | | | The Black Ram Restaurant | | | | | | |
| US Department of Labor Wage & Hour Division PO Box 2638 Chicago, IL 60690 | X | - | | X | | | 22,372.71 | 11,422.71 | 10,950.00 |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 51,422.71 | |
|---|---|---|---|
| | (Total of this page) | 70,066.59 | 18,643.88 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   Nicholas T Liapes                                                                    ,        Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Black Ram Restaurant, Inc.<br><br>Illininois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | - | | various<br><br>Sales taxes<br>36-2673095 | | | | 212,267.85 | 0.00<br><br>212,267.85 |
| Account No. 36-2673095<br><br>Illininois Department of Revenue<br>P.O. Box 19084<br>Springfield, IL 62794-9084 | - | | various<br><br>unpaid withholding taxes for Black Ram Restaurant, Inc. | | | | 12,500.00 | 0.00<br><br>12,500.00 |
| Account No. 36-2673095<br><br>Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | - | | unpaid withholding taxes at Black Ram Restaurant, Inc. | | | | 12,500.00 | 0.00<br><br>12,500.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __4___ of __4___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 237,267.85 | 0.00<br>237,267.85 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 383,390.63 | 80,050.50<br>303,340.13 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Nicholas T Liapes                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 148016<br><br>A New Dairy Company, Inc.<br>c/o Teller, Levit & Silvertrust<br>11 E. Adams St.<br>Chicago, IL 60603 | X | - | | | The Black Ram Restaurant | X | X | X | 7,011.90 |
| Account No. 26252<br><br>Advance Me, Inc.<br>2015 Vaughn Rd.<br>Bldg. 500<br>Kennesaw, GA 30144 | X | - | | | The Black Ram Restaurant | X | X | X | 36,240.78 |
| Account No.<br><br>Alfredo's Landscaping<br>2235 Webster Lane<br>Des Plaines, IL 60018 | X | - | | | The Black Ram Restaurant | X | X | X | 2,073.95 |
| Account No. 3781-394277-17004<br><br>American Express<br>Bankruptcy<br>P.O. Box 981531<br>El Paso, TX 79998-1531 | X | - | | | The Black Ram Restaurant | X | X | X | Unknown |

___18___ continuation sheets attached

Subtotal
(Total of this page)     45,326.63

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:29730-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 502583 | | | | The Black Ram Restaurant | | | | |
| Art of Barter Inc. 609 E. Chicago St Elgin, IL 60120 | X | - | | | X | X | X | 108.77 |
| Account No. 659362500007781 | | | | The Black Ram Restaurant | | | | |
| ASCAP c/o Slater, Tenaglia, Fritz & Hunt PO Box 5476 Mount Laurel, NJ 08054 | X | - | | | X | X | X | 1,101.59 |
| Account No. 84782412275613 | | | | The Black Ram Restaurant | | | | |
| AT&T P.O. Box 8212 Aurora, IL 60572-8212 | X | - | | | X | X | X | 1,544.18 |
| Account No. 5490-9922-2700-7451 | | | | Personal Credit Card | | | | |
| Bank of America Attention: Bankruptcy P.O. Box 15019 Wilmington, DE 19850 | | - | | | | | | 9,310.16 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Bishop Plumbing Inc. 975 Rand Rd. Des Plaines, IL 60016 | X | - | | | X | X | X | 3,207.50 |

Sheet no. __1___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,272.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Nicholas T Liapes                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 0305700 | | | | | The Black Ram Restaurant | | | | |
| BMI General Licensing PO Box 406741 Atlanta, GA 30384 | X | - | | | | X | X | X | 3,838.07 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Captain Alex Seafood 8874 N. Milwaukee Ave Niles, IL 60714 | X | - | | | | X | X | X | 1,848.00 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Casper Foods 1041 W. Carroll Ave. Chicago, IL 60607 | X | - | | | | X | X | X | Unknown |
| Account No. 5211-4610-1280-6509 | | | | | Personal Credit Card | | | | |
| Chase Bank One Card Member Services P.O. Box 15153 Wilmington, DE 19886-5153 | | - | | | | | | | 1,495.51 |
| Account No. 4366-1410-2098-8046 | | | | | Personal Credit Card | | | | |
| Chase Bank One Card Member Services P.O. Box 15153 Wilmington, DE 19886-5153 | | - | | | | | | | 4,681.74 |

Sheet no. __2__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,863.32

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                      ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 095388204 | | | | | The Black Ram Restaurant | | | | |
| Chicago Tribune 14839 Collections Center Dr. Chicago, IL 60693 | X | - | | | | X | X | X | 464.00 |
| Account No. 71-200-156-01 | | | | | The Black Ram Restaurant | | | | |
| City of Des Plaines 1420 Miner Street Des Plaines, IL 60016 | X | - | | | | X | X | X | 6,630.20 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | X | - | | | | X | X | X | 464.80 |
| Account No. 0781065003 | | | | | Personal utility service | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | - | | | | | | | 597.16 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Cosmopolitan Textile 4508 W. 46th St. Chicago, IL 60632 | X | - | | | | X | X | X | 5,164.21 |

Sheet no. _3___ of _18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    13,320.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                          ,    Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Creative Printing 1701 Birchwood Ave. Des Plaines, IL 60018 | X | - | | | X | X | X | 2,200.00 |
| Account No. JDE63600 | | | | The Black Ram Restaurant | | | | |
| CST Co. PO Box 33127 Louisville, KY 40232 | X | - | | | X | X | X | 3,511.61 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Culligan Water Co 7234 Circle Ave Forest Park, IL 60130 | X | - | | | X | X | X | 264.74 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Darling International d/b/a Torvac, Inc. PO Box 552210 Detroit, MI 48255 | X | - | | | X | X | X | 840.00 |
| Account No. 817 | | | | The Black Ram Restaurant | | | | |
| Diamond Paint 1795 Oakton St Des Plaines, IL 60018 | X | - | | | X | X | X | 323.64 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,139.99

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Nicholas T Liapes                                                  ,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 6011-0130-5013-292 | | | | | The Black Ram Restaurant | | | | |
| Discover Attention: Bankruptcy P.O. Box 30943 Salt Lake City, UT 84130 | X | - | | | | X | X | X | 117.71 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Doudis Enterprises 2934 Haven Lane Lindenhurst, IL 60046 | X | - | | | | X | X | X | Unknown |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Edward Don & Co. 2500 S. Harlem Ave Riverside, IL 60546 | X | - | | | | X | X | X | 3,652.98 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| EK Accounting Service 650 Graceland Ave. Des Plaines, IL 60016 | X | - | | | | X | X | X | 4,800.00 |
| Account No. 01176 | | | | | The Black Ram Restaurant | | | | |
| Empire Cooler Service 940 W. Chicago Ave. Chicago, IL 60622 | X | - | | | | X | X | X | 1,075.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of          Subtotal          9,645.69
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | The Black Ram Restaurant | | | | |
| Estlator Magazine 421 7th Ave. Ste. 810 New York, NY 10001 | X | - | | X | X | X | 600.00 |
| Account No. UT57895 | | | The Black Ram Restaurant | | | | |
| Farmer's Insurance Agency Payment Processing Center PO Box 0914 Carol Stream, IL 60132 | X | - | | X | X | X | 2,543.18 |
| Account No. NSN08(C121248) | | | The Black Ram Restaurant | | | | |
| First Choice Yellow Pages 2233 Palmer Dr., Unit A Schaumburg, IL 60173 | X | - | | X | X | X | 185.70 |
| Account No. 0578001091 | | | The Black Ram Restaurant | | | | |
| First Midwest Bank 1 Pierce Place Suite 1500 Itasca, IL 60143 | X | - | | X | X | X | 2,166.48 |
| Account No. Bruski Upholstering | | | The Black Ram Restaurant | | | | |
| George C. Rantis & Assoc. 55 W 22nd Street Suite 109 Lombard, IL 60148 | X | - | | X | X | X | 1,400.00 |

Sheet no. __6___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,895.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 531996 | | | The Black Ram Restaurant | | | | |
| Glazer's Distributors of Ill. 2600 W. 35th St. Chicago, IL 60632 | X | - | | X | X | X | 68.91 |
| Account No. 7298 | | | The Black Ram Restaurant | | | | |
| Golden Shield Laboratories 6304 W. Oakton St. Morton Grove, IL 60053 | X | - | | X | X | X | 1,150.00 |
| Account No. | | | The Black Ram Restaurant | | | | |
| Harrison's Poultry Farm 1201 Waukegan Rd. Glenview, IL 60025 | X | - | | X | X | X | 4,149.40 |
| Account No. | | | The Black Ram Restaurant | | | | |
| Higgins Printing 2410 S. River Rd. Des Plaines, IL 60018 | X | - | | X | X | X | 630.00 |
| Account No. | | | The Black Ram Restaurant | | | | |
| Homer's Ice Cream 1237 Green Bay Rd. Wilmette, IL 60091 | X | - | | X | X | X | Unknown |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,998.31

Husband, Wife, Joint, or Community

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                             ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 164983 | | | | The Black Ram Restaurant | | | | |
| Hospitality Publishers PO Box 291509 Nashville, TN 37229 | X | - | | | X | X | X | 355.00 |
| Account No. 033262 | | | | Black Ram Restaurant | | | | |
| IDES P.O. Box 802551 Chicago, IL 60680-2551 | X | - | | | | | | 103.39 |
| Account No. 0043978 | | | | The Black Ram Restaurant | | | | |
| Judge & Dolph 1925 Busse Rd. Elk Grove Village, IL 60007 | X | - | | | X | X | X | 4,999.85 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| LaBriola Baking Co. 5324 W. 123rd Place Alsip, IL 60803 | X | - | | | X | X | X | Unknown |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Leonard's Repairs Inc. 39 S. Northwest Hwy Palatine, IL 60667 | X | - | | | X | X | X | 550.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,008.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | The Black Ram Restaurant | | | | |
| LJD Snowplowing 1001 Douglas Rd. Elgin, IL 60120 | X | - | | | X | X | X | 5,193.00 |
| Account No. 34269574 | | | | The Black Ram Restaurant | | | | |
| MCI PO Box 15618 Dept. 58 Wilmington, DE 19850 | X | - | | | X | X | X | 388.94 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Media Decks Marketing Group 542 Busse Hwy Park Ridge, IL 60068 | X | - | | | X | X | X | 975.00 |
| Account No. 87407800010001 | | | | The Black Ram Restaurant | | | | |
| Merchant Services PO Box 6600 Hagerstown, MD 21740 | X | - | | | X | X | X | 35.00 |
| Account No. Attn: Ronald Weiss | | | | The Black Ram Restaurant | | | | |
| Michael Silver & Co. 5750 Old Orchard Rd. Suite 200 Skokie, IL 60077 | X | - | | | X | X | X | 2,205.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,796.94

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. X6774754MRST265999 | | | | | The Black Ram Restaurant | | | | |
| Mid America Energy c/o IC Systems 444 Hwy 96 East Saint Paul, MN 55164 | X | - | | | | X | X | X | 3,539.76 |
| Account No. | | | | | Partner in Black Ram Restaurant, Inc. | | | | |
| Mr. & Mrs. John J. Liapes 925 Oak Knoll Drive Lake Forest, IL 60045 | X | - | | | | X | X | X | 0.00 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Mr. John Hull 9697 Pebble Creek Blvd Summerville, SC 29485 | X | - | | | | X | X | X | 60,000.00 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Muzak 3318 Lakemont Blvd. Fort Mill, SC 29708 | X | - | | | | X | X | X | Unknown |
| Account No. 200616 | | | | | The Black Ram Restaurant | | | | |
| National Herald Inc. 37-10 30th Street Long Island City, NY 11101 | X | - | | | | X | X | X | 143.06 |

Sheet no.  10  of  18  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            63,682.82

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 61920600006 | | | The Black Ram Restaurant | | | | |
| Nicor Gas Attention: Bankruptcy Department P.O. Box 549 Aurora, IL 60507-0549 | X | - | | X | X | X | 19,083.51 |
| Account No. 00406120001 | | | The Black Ram Restaurant | | | | |
| Northbrook Bank & Trust 1100 Waukegan Rd. Northbrook, IL 60062 | X | - | | X | X | X | 15,115.49 |
| Account No. Attn: Blair Robinson | | | The Black Ram Restaurant | | | | |
| Northbrook Bank & Trust 1100 Waukegan Rd. Northbrook, IL 60062 | X | - | | X | X | X | 123,000.00 |
| Account No. | | | The Black Ram Restaurant | | | | |
| Northeast Cooling LLC 412 N. Greenview Ave. Mundelein, IL 60060 | X | - | | X | X | X | 347.46 |
| Account No. | | | The Black Ram Restaurant | | | | |
| Northeast Illinois Heating & Air 236 N. Genesee St. Waukegan, IL 60085 | X | - | | X | X | X | 1,068.28 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

158,614.74

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                                    ,    Case No. _____
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 26184 | | | | The Black Ram Restaurant | | | | |
| NuCo2 LLC PO Box 9011 Stuart, FL 34995 | X | - | | | X | X | X | 9,413.51 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Olympic Maintenance 3025 Soffel Melrose Park, IL 60160 | X | - | | | X | X | X | 2,761.75 |
| Account No. D9364830 | | | | The Black Ram Restaurant | | | | |
| Orkin Pest Control 200 Howard Ave. Des Plaines, IL 60018 | X | - | | | X | X | X | 992.00 |
| Account No. 2310 | | | | The Black Ram Restaurant | | | | |
| Pasta Factory 11225 W. Grand Ave. Northlake, IL 60164 | X | - | | | X | X | X | 302.50 |
| Account No. 61354 | | | | The Black Ram Restaurant | | | | |
| Performance food Group Thoms-Proestler Company 8001 TPC Rd Rock Island, IL 61204 | X | - | | | X | X | X | 4,978.06 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,447.82

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4459126 | | | The Black Ram Restaurant | | | | |
| Pioneer Newspapers c/o Biehl & Biehl 325 Fullerton Ave. Carol Stream, IL 60188 | X | - | | X | X | X | 1,453.00 |
| Account No. 011680 | | | The Black Ram Restaurant | | | | |
| Pioneer Press 3701 W. Lake Avenue Glenview, IL 60026 | X | - | | X | X | X | 45.00 |
| Account No. Attorneys for Western Springs | | | | | | | |
| Regas Frezados & Dallas, LLP 111 W. Washington Street Suite 1525 Chicago, IL 60602 | | - | | X | X | X | 0.00 |
| Account No. 9278763 | | | The Black Ram Restaurant | | | | |
| Rentokil 511 Wrightwood Ave. Elmhurst, IL 60126 | X | - | | X | X | X | 992.00 |
| Account No. RN M#90138 | | | The Black Ram Restaurant | | | | |
| Rewards Network c/o Richard Sandler 2 N Riverside Plaza, Suite 950 Chicago, IL 60606 | X | - | | X | X | X | 13,875.70 |

Sheet no. __13__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,365.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                         ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                              RL Distributors PO Box 445 Lombard, IL 60148 | X | - | | The Black Ram Restaurant | X | X | X | 97.00 |
| Account No.                                              Rollins Service Bureau PO Box 13230 Atlanta, GA 30324 | X | - | | The Black Ram Restaurant | X | X | X | 744.00 |
| Account No.                                              Romanoff & Dickett Ltd 600 Hillgrove Ave., Ste. 1 Western Springs, IL 60558 | X | - | | The Black Ram Restaurant | X | X | X | 2,000.00 |
| Account No.                                              RSVP 782 Busse Hwy Park Ridge, IL 60068 | X | - | | The Black Ram Restaurant | X | X | X | 1,450.00 |
| Account No.                                              SaraLee Coffee & Tea 111 Corporate Dr., Ste. 200 Earth City, MO 63045 | X | - | | The Black Ram Restaurant | X | X | X | 3,246.61 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,537.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes
_____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Savvy Diner.com, Inc. PO Box 77762 Seattle, WA | X | - | | | | X | X | X | |
| | | | | | | | | | 450.00 |
| Account No. 07-12-05385 | | | | | The Black Ram Restaurant | | | | |
| Sesac PO Box 9000013 Raleigh, NC 27675 | X | - | | | | X | X | X | |
| | | | | | | | | | 1,194.78 |
| Account No. 07666135 | | | | | The Black Ram Restaurant | | | | |
| SKO Brenner American PO Box 9320 Baldwin, NY 11510 | X | - | | | | X | X | X | |
| | | | | | | | | | 826.86 |
| Account No. 13728 | | | | | The Black Ram Restaurant | | | | |
| Southern Wine & Spirits of Illinios 2971 Paysphere Circle Chicago, IL 60674 | X | - | | | | X | X | X | |
| | | | | | | | | | 2,256.48 |
| Account No. 67953-01009 | | | | | The Black Ram Restaurant | | | | |
| Suez Energy NA 5450 E. Fifth St. Tucson, AZ 85711 | X | - | | | | X | X | X | |
| | | | | | | | | | 45,857.25 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,585.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                                  ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 010892 | | | | | The Black Ram Restaurant | | | | |
| Sysco Food Services 250 Wieboldt Dr. Des Plaines, IL 60016 | X | - | | | | X | X | X | 1,814.91 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Tassos Mettos c/o John Voutiritsas 1300 Jefferson, Ste. 303 Des Plaines, IL 60016 | X | - | | | | X | X | X | 150,000.00 |
| Account No. C004500 | | | | | The Black Ram Restaurant | | | | |
| Tec Foods Inc PO Box 410727 Chicago, IL 60641 | X | - | | | | X | X | X | 89.85 |
| Account No. Inv. 584 | | | | | The Black Ram Restaurant | | | | |
| The Park Ridge Fine Arts Society PO Box 89A Park Ridge, IL 60068 | X | - | | | | X | X | X | 300.00 |
| Account No. | | | | | The Black Ram Restaurant | | | | |
| Towns & Associates 126 Water Street Baraboo, WI 53913 | X | - | | | | X | X | X | 473.37 |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

152,678.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Nicholas T Liapes                                      ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Travelhost-Chicago North 113 McHenry Rd. Suite 210 Buffalo Grove, IL 60089 | X | - | | | X | X | X | 1,070.00 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| VCP Printing 901 Algonquin Rd. Algonquin, IL 60102 | X | - | | | X | X | X | 1,926.81 |
| Account No. 87700820570812 | | | | The Black Ram Restaurant | | | | |
| Verizon 500 Technology Dr. Suite 870 Saint Charles, MO 63304 | X | - | | | X | X | X | 388.94 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Versa Foods 320 W. Gerri Lane Addison, IL 60101 | X | - | | | X | X | X | 8,169.30 |
| Account No. 5626AG-01 | | | | The Black Ram Restaurant | | | | |
| Video Reporter 21107 Vanowan St. Canoga Park, CA 91303 | X | - | | | X | X | X | 736.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,291.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Nicholas T Liapes                                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 152-8112297-2008-1 | | | | The Black Ram Restaurant | | | | |
| Waste Management 2625 W. Grandview Rd. Phoenix, AZ 85023 | X | - | | | X | X | X | 1,094.38 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| Williams & Baerson LLC One North LaSalle Suite 1350 Chicago, IL 60602 | X | - | | | X | X | X | 572.50 |
| Account No. 08-10637-0 | | | | The Black Ram Restaurant | | | | |
| Yellow Book c/o Baker & Miller 29 N. Wacker Dr., 5th Floor Chicago, IL 60606 | X | - | | | X | X | X | 2,919.67 |
| Account No. | | | | The Black Ram Restaurant | | | | |
| YLunch.com 604 Muskegan Ct Vernon Hills, IL 60061 | X | - | | | X | X | X | 1,165.00 |
| Account No. | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 5,751.55 |
| Total (Report on Summary of Schedules) | 616,221.84 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    Nicholas T Liapes
_____,    Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   Nicholas T Liapes                                   ,   Case No. _____
                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Katherine Liapes | Deutsche Bank National<br>c/o Codilis & Associates<br>15 W 030 Frontage Rd. Suite 100<br>Willowbrook, IL 60527 |
| Katherine Liapes | Park Lane Condominium Association<br>c/o Kovitz, Shifrin, Nesbit<br>1220 Iroquois Ave., Ste. 100<br>Naperville, IL 60563 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | NuCo2 LLC<br>PO Box 9011<br>Stuart, FL 34995 |
| The Black Ram Restaurant<br>1414 Oakton<br>Des Plaines, IL 60017 | City of Des Plaines<br>1420 Miner Street<br>Des Plaines, IL 60016 |
| The Black Ram Restaurant<br>1414 e. Oakton St.<br>Des Plaines, IL 60017 | US Department of Labor<br>230 S. Dearborn Street<br>Room 412<br>Chicago, IL 60604 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Mr. & Mrs. John J. Liapes<br>925 Oak Knoll Drive<br>Lake Forest, IL 60045 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Discover<br>Attention:  Bankruptcy<br>P.O. Box 30943<br>Salt Lake City, UT 84130 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Northeast Illinois Heating & Air<br>236 N. Genesee St.<br>Waukegan, IL 60085 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | A New Dairy Company, Inc.<br>c/o Teller, Levit & Silvertrust<br>11 E. Adams St.<br>Chicago, IL 60603 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | ASCAP<br>c/o Slater, Tenaglia, Fritz & Hunt<br>PO Box 5476<br>Mount Laurel, NJ 08054 |

8
___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re   Nicholas T Liapes _____ ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Farmer's Insurance Agency<br>Payment Processing Center<br>PO Box 0914<br>Carol Stream, IL 60132 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | American Express<br>Bankruptcy<br>P.O. Box 981531<br>El Paso, TX 79998-1531 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Williams & Baerson LLC<br>One North LaSalle<br>Suite 1350<br>Chicago, IL 60602 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Pioneer Press<br>3701 W. Lake Avenue<br>Glenview, IL 60026 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | National Herald Inc.<br>37-10 30th Street<br>Long Island City, NY 11101 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Northbrook Bank & Trust<br>1100 Waukegan Rd.<br>Northbrook, IL 60062 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | RSVP<br>782 Busse Hwy<br>Park Ridge, IL 60068 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Yellow Book<br>c/o Baker & Miller<br>29 N. Wacker Dr., 5th Floor<br>Chicago, IL 60606 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Waste Management<br>2625 W. Grandview Rd.<br>Phoenix, AZ 85023 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | The Park Ridge Fine Arts Society<br>PO Box 89A<br>Park Ridge, IL 60068 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | George C. Rantis & Assoc.<br>55 W 22nd Street<br>Suite 109<br>Lombard, IL 60148 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | VCP Printing<br>901 Algonquin Rd.<br>Algonquin, IL 60102 |

Sheet    1    of    8    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Nicholas T Liapes                                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Video Reporter<br>21107 Vanowan St.<br>Canoga Park, CA 91303 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Verizon<br>500 Technology Dr.<br>Suite 870<br>Saint Charles, MO 63304 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | SKO Brenner American<br>PO Box 9320<br>Baldwin, NY 11510 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Alfredo's Landscaping<br>2235 Webster Lane<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | BMI General Licensing<br>PO Box 406741<br>Atlanta, GA 30384 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Northeast Cooling LLC<br>412 N. Greenview Ave.<br>Mundelein, IL 60060 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | LJD Snowplowing<br>1001 Douglas Rd.<br>Elgin, IL 60120 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Rewards Network<br>c/o Richard Sandler<br>2 N Riverside Plaza, Suite 950<br>Chicago, IL 60606 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Rollins Service Bureau<br>PO Box 13230<br>Atlanta, GA 30324 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Suez Energy NA<br>5450 E. Fifth St.<br>Tucson, AZ 85711 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Romanoff & Dickett Ltd<br>600 Hillgrove Ave., Ste. 1<br>Western Springs, IL 60558 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Advance Me, Inc.<br>2015 Vaughn Rd.<br>Bldg. 500<br>Kennesaw, GA 30144 |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    Nicholas T Liapes                       ,    Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Hospitality Publishers<br>PO Box 291509<br>Nashville, TN 37229 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Empire Cooler Service<br>940 W. Chicago Ave.<br>Chicago, IL 60622 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Chicago Tribune<br>14839 Collections Center Dr.<br>Chicago, IL 60693 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Muzak<br>3318 Lakemont Blvd.<br>Fort Mill, SC 29708 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Sesac<br>PO Box 9000013<br>Raleigh, NC 27675 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Towns & Associates<br>126 Water Street<br>Baraboo, WI 53913 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Golden Shield Laboratories<br>6304 W. Oakton St.<br>Morton Grove, IL 60053 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Merchant Services<br>PO Box 6600<br>Hagerstown, MD 21740 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Art of Barter Inc.<br>609 E. Chicago St<br>Elgin, IL 60120 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | First Choice Yellow Pages<br>2233 Palmer Dr., Unit A<br>Schaumburg, IL 60173 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Olympic Maintenance<br>3025 Soffel<br>Melrose Park, IL 60160 |
| The Black Ram Restaurant<br>1414 Oakton<br>Des Plaines, IL 60017 | Rentokil<br>511 Wrightwood Ave.<br>Elmhurst, IL 60126 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Glazer's Distributors of Ill.<br>2600 W. 35th St.<br>Chicago, IL 60632 |

Sheet   3   of   8   continuation sheets attached to the Schedule of Codebtors

In re   Nicholas T Liapes                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | RL Distributors<br>PO Box 445<br>Lombard, IL 60148 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Judge & Dolph<br>1925 Busse Rd.<br>Elk Grove Village, IL 60007 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Southern Wine & Spirits of Illinios<br>2971 Paysphere Circle<br>Chicago, IL 60674 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Versa Foods<br>320 W. Gerri Lane<br>Addison, IL 60101 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Tec Foods Inc<br>PO Box 410727<br>Chicago, IL 60641 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | SaraLee Coffee & Tea<br>111 Corporate Dr., Ste. 200<br>Earth City, MO 63045 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Sysco Food Services<br>250 Wieboldt Dr.<br>Des Plaines, IL 60016 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | CST Co.<br>PO Box 33127<br>Louisville, KY 40232 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Performance food Group<br>Thoms-Proestler Company<br>8001 TPC Rd<br>Rock Island, IL 61204 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Harrison's Poultry Farm<br>1201 Waukegan Rd.<br>Glenview, IL 60025 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Pasta Factory<br>11225 W. Grand Ave.<br>Northlake, IL 60164 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Casper Foods<br>1041 W. Carroll Ave.<br>Chicago, IL 60607 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Doudis Enterprises<br>2934 Haven Lane<br>Lindenhurst, IL 60046 |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     Nicholas T Liapes                                                          ,     Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Homer's Ice Cream<br>1237 Green Bay Rd.<br>Wilmette, IL 60091 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Captain Alex Seafood<br>8874 N. Milwaukee Ave<br>Niles, IL 60714 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | LaBriola Baking Co.<br>5324 W. 123rd Place<br>Alsip, IL 60803 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | AT&T<br>P.O. Box 8212<br>Aurora, IL 60572-8212 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Bishop Plumbing Inc.<br>975 Rand Rd.<br>Des Plaines, IL 60016 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | ComEd<br>Bill Payment Center<br>Chicago, IL 60668-0001 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Cosmopolitan Textile<br>4508 W. 46th St.<br>Chicago, IL 60632 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Culligan Water Co<br>7234 Circle Ave<br>Forest Park, IL 60130 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Edward Don & Co.<br>2500 S. Harlem Ave<br>Riverside, IL 60546 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | EK Accounting Service<br>650 Graceland Ave.<br>Des Plaines, IL 60016 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Estlator Magazine<br>421 7th Ave.<br>Ste. 810<br>New York, NY 10001 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Higgins Printing<br>2410 S. River Rd.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Leonard's Repairs Inc.<br>39 S. Northwest Hwy<br>Palatine, IL 60667 |

Sheet   5   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

In re   Nicholas T Liapes                                                    ,   Case No. _____
                                              Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Media Decks Marketing Group<br>542 Busse Hwy<br>Park Ridge, IL 60068 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Mid America Energy<br>c/o IC Systems<br>444 Hwy 96 East<br>Saint Paul, MN 55164 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Pioneer Newspapers<br>c/o Biehl & Biehl<br>325 Fullerton Ave.<br>Carol Stream, IL 60188 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Savvy Diner.com, Inc.<br>PO Box 77762<br>Seattle, WA |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Darling International<br>d/b/a Torvac, Inc.<br>PO Box 552210<br>Detroit, MI 48255 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Travelhost-Chicago North<br>113 McHenry Rd.<br>Suite 210<br>Buffalo Grove, IL 60089 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | MCI<br>PO Box 15618<br>Dept. 58<br>Wilmington, DE 19850 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Diamond Paint<br>1795 Oakton St<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Orkin Pest Control<br>200 Howard Ave.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | YLunch.com<br>604 Muskegan Ct<br>Vernon Hills, IL 60061 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Northbrook Bank & Trust<br>1100 Waukegan Rd.<br>Northbrook, IL 60062 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Nicor Gas<br>Attention: Bankruptcy Department<br>P.O. Box 549<br>Aurora, IL 60507-0549 |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Nicholas T Liapes                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Creative Printing<br>1701 Birchwood Ave.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Tassos Mettos<br>c/o John Voutiritsas<br>1300 Jefferson, Ste. 303<br>Des Plaines, IL 60016 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Michael Silver & Co.<br>5750 Old Orchard Rd.<br>Suite 200<br>Skokie, IL 60077 |
| The Black Ram Restaurant<br>1414 Oakton<br>Des Plaines, IL 60017 | First Midwest Bank<br>1 Pierce Place<br>Suite 1500<br>Itasca, IL 60143 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | US Department of Labor<br>Wage & Hour Division<br>PO Box 2638<br>Chicago, IL 60690 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Mr. John Hull<br>9697 Pebble Creek Blvd<br>Summerville, SC 29485 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Sacremento Trejo<br>1881 Pine St.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Felipe Rivera<br>3141 W. 53rd Place<br>Chicago, IL 60632 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Eduardo Trejo<br>2093 Cedar St.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Feliciano Cabral<br>7500 Elmhurst Rd.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Joyce Murray<br>703 Brighton Circle<br>Barrington, IL 60010 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | James C. Vodnansky<br>1555 Ellinwood<br>Apt. 1<br>Des Plaines, IL 60016 |

Sheet   7   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Nicholas T Liapes _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Jose Trejo<br>1454 Willow St<br>Des Plaines, IL 60016 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Jose Miguel Trejo<br>815 E. Oakton St<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | John J. Liapes<br>925 Oak Knoll Dr.<br>Lake Forest, IL 60045 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Juan C. Sanchez<br>403 Shawn Ct.<br>Wheeling, IL 60090 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Efrain Trejo<br>1603 Howard<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Gabriel Martinez<br>2169 Ash St.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | Pedro Castro<br>1720 Mannheim Rd.<br>Des Plaines, IL 60018 |
| The Black Ram Restaurant<br>1414 E. Oakton<br>Des Plaines, IL 60017 | IDES<br>P.O. Box 802551<br>Chicago, IL 60680-2551 |

Sheet   8   of   8   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Nicholas T Liapes_____    Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): wife | AGE(S): 76 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | 0.00 | 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify):   Social Security | $ 1,998.00 | $ 684.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,998.00 | $ 684.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,998.00 | $ 684.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 2,682.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  Nicholas T Liapes                                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 500.00 |
| a. Are real estate taxes included? | Yes ___ No _X_ | | |
| b. Is property insurance included? | Yes ___ No _X_ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 0.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 500.00 |
| 4. Food | | $ | 0.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 400.00 |
| 8. Transportation (not including car payments) | | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 382.00 |
| d. Auto | | $ | 150.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)  Non dischargeable sales and withholding taxes | | $ | 500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 2,882.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 2,682.00 |
| b. | Average monthly expenses from Line 18 above | $ | 2,882.00 |
| c. | Monthly net income (a. minus b.) | $ | -200.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Nicholas T Liapes                                                    Case No.
                                                    Debtor(s)               Chapter      7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____44_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 13, 2009                          Signature   /s/ Nicholas T Liapes
                                                          Nicholas T Liapes
                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Nicholas T Liapes                                              Case No.   _____

                                    Debtor(s)            Chapter      7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $0.00 | 2009 from Black Ram Restaurant, Inc. |
| $0.00 | 2008 from Black Ram Restaurant, Inc. |
| $0.00 | 2007 from Black Ram Restaurant, Inc. |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $8,160.00 | 2009 Social Security |
| $24,368.00 | 2008 Social Security |
| $24,220.00 | 2007 Social Security |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Western Springs National Bank v. Liapas, et al | Foreclosure | Cook County, IL | Pending |
| Deutsch Bank v. Liapas et al | Foreclosure | Cook County, IL | Sheriff's Sale March 19, 2009 |
| US Department of Labor | Collection of unpaid wages | US District Court | Pending |
| The Department of Revenue of State of Illinois v. Liapes 09 ST 0128 | Administrative Hearing | 100 W. Randolph St. Level 7-900 Chicago, IL  60601 | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Deutsche Bank National c/o Codilis & Associates 15 W 030 Frontage Rd. Suite 100 Willowbrook, IL 60527 | | 22 Park Lane, Unit 117 Park Ridge, IL |
| Western Springs National Bank 4456 Wolf Rd. Western Springs, IL 60058 | | 1414 Oakton Street Des Plaines, IL |

### 6. Assignments and receiverships

None
☐   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |
| Western Springs National Bank 4456 Wolf Rd. Western Springs, IL 60058 | Receiver Appointed 2/11/09 | George Kalkounos court appointed receiver |

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| St. Peter and Paul Greek Orthodox Glenview | Church | June 2008 | $500 |

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Cohen & Krol 105 West Madison Street Suite 1100 Chicago, IL 60602 | 3/10/09 | $5369.00 |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Deutsche Bank National c/o Codilis & Associates 15 W 030 Frontage Rd. Suite 100 Willowbrook, IL 60527    Mortgagee | March 19, 2009 | Sheriff's Sale of 22 Park Lane, Unit 117, Park Ridge, IL Sale amount was $255,416.00 |
| Western Springs National Bank 4456 Wolf Rd. IL 60058    Lender | April 2009 | All real and personal property located at Black Ram Restaurant, 1414 E. Oakton, Desplaines, IL. In exchange for full release of obligations owing to Bank. |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Thomas White Fund | March 2009 | 4648.81 used to pay attorney's fees |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 22 Park Lane Unit 117 Park Ridge, IL | same | December 1976 to March 2009 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Black Ram Restaurant, Inc. | 36-3673095 | 1414 Oakton Des Plaines, IL 60018 | Restaurant | July 1990 to February 28, 2009 |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    May 13, 2009                         Signature    /s/ Nicholas T Liapes
                                                          Nicholas T Liapes
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Nicholas T Liapes                                 Case No. _____

                                Debtor(s)           Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>Deutsche Bank National | **Describe Property Securing Debt:**<br>22 Park Lane<br>Park Ridge, IL 60068<br><br>In foreclosure |

Property will be (check one):

  ■ Surrendered                           ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                  ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   May 13, 2009 _____      Signature    /s/ Nicholas T Liapes _____

                                                     Nicholas T Liapes
                                                     Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   Nicholas T Liapes

Debtor(s)

Case No.

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  $ 0.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       Representations of Debtor against Motions for Relief and Motions to Dismiss

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   May 13, 2009

/s/ Gina B. Krol
Gina B. Krol 6187642
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300  Fax: 312.368.4559

---

B 201 (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Gina B. Krol 6187642 | X  /s/ Gina B. Krol            May 13, 2009 |
| Printed Name of Attorney | Signature of Attorney        Date |

Address:
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| Nicholas T Liapes | X  /s/ Nicholas T Liapes        May 13, 2009 |
| Printed Name(s) of Debtor(s) | Signature of Debtor          Date |
| Case No. (if known) | X |
| | Signature of Joint Debtor (if any)    Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Nicholas T Liapes

Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                234

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    May 13, 2009

/s/ Nicholas T Liapes
Nicholas T Liapes
Signature of Debtor

22 Park Lane
Park Ridge, IL 60068


A New Dairy Company, Inc.
c/o Teller, Levit & Silvertrust
11 E. Adams St.
Chicago, IL 60603


Abrams & Abrams PC
180 W. Washington St.
Suite 910
Chicago, IL 60602


ADT
PO Box 371967
Pittsburgh, PA 15250


Advance Me, Inc.
2015 Vaughn Rd.
Bldg. 500
Kennesaw, GA 30144


Alfredo's Landscaping
2235 Webster Lane
Des Plaines, IL 60018


American Express
Bankruptcy
P.O. Box 981531
El Paso, TX 79998-1531


Art of Barter Inc.
609 E. Chicago St
Elgin, IL 60120


ASCAP
c/o Slater, Tenaglia, Fritz & Hunt
PO Box 5476
Mount Laurel, NJ 08054


ASCAP
2675 Paces Ferry Rd., SE, Suite 350
Atlanta, GA 30339

AT&T
P.O. Box 8212
Aurora, IL 60572-8212


Bank of America
Attention: Bankruptcy
P.O. Box 15019
Wilmington, DE 19850


Benuck & Rainey Inc.
399 US Hwy 4
Suite A
Barrington, NH 03825


Biehl & Biehl
PO Box 87410
Carol Stream, IL 60188


Bishop Plumbing Inc.
975 Rand Rd.
Des Plaines, IL 60016


BMI General Licensing
PO Box 406741
Atlanta, GA 30384


Bruski Upholstering
1226 N. River Rd.
Mount Prospect, IL 60056


Captain Alex Seafood
8874 N. Milwaukee Ave
Niles, IL 60714


Casper Foods
1041 W. Carroll Ave.
Chicago, IL 60607


Chase Bank One
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank One
Card Member Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chase Home Finance LLC
2901 Kinwest Parkway
Irving, TX 75063


Chicago Tribune
14839 Collections Center Dr.
Chicago, IL 60693


City of Des Plaines
1420 Miner Street
Des Plaines, IL 60016


ComEd
Bill Payment Center
Chicago, IL 60668-0001


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Cook County Treasurer
P.O. Box 802448
Chicago, IL 60680-2448


Cosmopolitan Textile
4508 W. 46th St.
Chicago, IL 60632


Creative Printing
1701 Birchwood Ave.
Des Plaines, IL 60018


Credit Consultants
7504 W. Grand Av.
Elmwood Park, IL 60707


CST Co.
PO Box 33127
Louisville, KY 40232

Culligan Water Co
7234 Circle Ave
Forest Park, IL 60130


Darling International
d/b/a Torvac, Inc.
PO Box 552210
Detroit, MI 48255


Deutsche Bank National
c/o Codilis & Associates
15 W 030 Frontage Rd. Suite 100
Willowbrook, IL 60527


Diamond Paint
1795 Oakton St
Des Plaines, IL 60018


Discover
Attention: Bankruptcy
P.O. Box 30943
Salt Lake City, UT 84130


Discover Network
PO Box 3016
New Albany, OH 43054


Doudis Enterprises
2934 Haven Lane
Lindenhurst, IL 60046


Eduardo Trejo
2093 Cedar St.
Des Plaines, IL 60018


Edward Don & Co.
2500 S. Harlem Ave
Riverside, IL 60546


Efrain Trejo
1603 Howard
Des Plaines, IL 60018

EK Accounting Service
650 Graceland Ave.
Des Plaines, IL 60016


Empire Cooler Service
940 W. Chicago Ave.
Chicago, IL 60622


Estlator Magazine
421 7th Ave.
Ste. 810
New York, NY 10001


Farmer's Insurance Agency
Payment Processing Center
PO Box 0914
Carol Stream, IL 60132


Feliciano Cabral
7500 Elmhurst Rd.
Des Plaines, IL 60018


Felipe Rivera
3141 W. 53rd Place
Chicago, IL 60632


First Choice Yellow Pages
2233 Palmer Dr., Unit A
Schaumburg, IL 60173


First Midwest Bank
1 Pierce Place
Suite 1500
Itasca, IL 60143


Gabriel Martinez
2169 Ash St.
Des Plaines, IL 60018


GC Services LP
Collection Agency
PO Box 70 (037)
Elgin, IL 60121

George C. Rantis & Assoc.
55 W 22nd Street
Suite 109
Lombard, IL 60148


Glazer's Distributors of Ill.
2600 W. 35th St.
Chicago, IL 60632


Golden Shield Laboratories
6304 W. Oakton St.
Morton Grove, IL 60053


Harrison's Poultry Farm
1201 Waukegan Rd.
Glenview, IL 60025


Higgins Printing
2410 S. River Rd.
Des Plaines, IL 60018


Homer's Ice Cream
1237 Green Bay Rd.
Wilmette, IL 60091


Hospitality Publishers
PO Box 291509
Nashville, TN 37229


IDES
P.O. Box 802551
Chicago, IL 60680-2551


Illininois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084


Illininois Department of Revenue
P.O. Box 19084
Springfield, IL 62794-9084


Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

James C. Vodnansky
1555 Ellinwood
Apt. 1
Des Plaines, IL 60016


John J. Liapes
925 Oak Knoll Dr.
Lake Forest, IL 60045


Jose Miguel Trejo
815 E. Oakton St
Des Plaines, IL 60018


Jose Trejo
1454 Willow St
Des Plaines, IL 60016


Joyce Murray
703 Brighton Circle
Barrington, IL 60010


Juan C. Sanchez
403 Shawn Ct.
Wheeling, IL 60090


Judge & Dolph
1925 Busse Rd.
Elk Grove Village, IL 60007


Katherine Liapes


Katherine Liapes


LaBriola Baking Co.
5324 W. 123rd Place
Alsip, IL 60803


Leonard's Repairs Inc.
39 S. Northwest Hwy
Palatine, IL 60667

LJD Snowplowing
1001 Douglas Rd.
Elgin, IL 60120


MCI
PO Box 15618
Dept. 58
Wilmington, DE 19850


Media Decks Marketing Group
542 Busse Hwy
Park Ridge, IL 60068


Merchant Services
PO Box 6600
Hagerstown, MD 21740


Michael Silver & Co.
5750 Old Orchard Rd.
Suite 200
Skokie, IL 60077


Mid America Energy
c/o IC Systems
444 Hwy 96 East
Saint Paul, MN 55164


Mr. & Mrs. John J. Liapes
925 Oak Knoll Drive
Lake Forest, IL 60045


Mr. John Hull
9697 Pebble Creek Blvd
Summerville, SC 29485


Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708


National Herald Inc.
37-10 30th Street
Long Island City, NY 11101

NCC Business Services
3733 University Blvd. W
Suite 300
Jacksonville, FL 32217


Nicor Gas
Attention: Bankruptcy Department
P.O. Box 549
Aurora, IL 60507-0549


Northbrook Bank & Trust
1100 Waukegan Rd.
Northbrook, IL 60062


Northbrook Bank & Trust
1100 Waukegan Rd.
Northbrook, IL 60062


Northeast Cooling LLC
412 N. Greenview Ave.
Mundelein, IL 60060


Northeast Illinois Heating & Air
236 N. Genesee St.
Waukegan, IL 60085


NuCo2 LLC
PO Box 9011
Stuart, FL 34995


Olympic Maintenance
3025 Soffel
Melrose Park, IL 60160


Orkin Pest Control
200 Howard Ave.
Des Plaines, IL 60018


Park Lane Condominium Association
c/o Kovitz, Shifrin, Nesbit
1220 Iroquois Ave., Ste. 100
Naperville, IL 60563

Pasta Factory
11225 W. Grand Ave.
Northlake, IL 60164


Pedro Castro
1720 Mannheim Rd.
Des Plaines, IL 60018


Performance food Group
Thoms-Proestler Company
8001 TPC Rd
Rock Island, IL 61204


Pioneer Newspapers
c/o Biehl & Biehl
325 Fullerton Ave.
Carol Stream, IL 60188


Pioneer Press
3701 W. Lake Avenue
Glenview, IL 60026


Regas Frezados & Dallas, LLP
111 W. Washington Street
Suite 1525
Chicago, IL 60602


Rentokil
511 Wrightwood Ave.
Elmhurst, IL 60126


Rewards Network
c/o Richard Sandler
2 N Riverside Plaza, Suite 950
Chicago, IL 60606


RL Distributors
PO Box 445
Lombard, IL 60148


Rollins Service Bureau
PO Box 13230
Atlanta, GA 30324

Rollins Service Bureau
PO Box 13230
Atlanta, GA 30324


Romanoff & Dickett Ltd
600 Hillgrove Ave., Ste. 1
Western Springs, IL 60558


RSVP
782 Busse Hwy
Park Ridge, IL 60068


Sacremento Trejo
1881 Pine St.
Des Plaines, IL 60018


SaraLee Coffee & Tea
111 Corporate Dr., Ste. 200
Earth City, MO 63045


Savvy Diner.com, Inc.
PO Box 77762
Seattle, WA


Sesac
PO Box 9000013
Raleigh, NC 27675


SKO Brenner American
PO Box 9320
Baldwin, NY 11510


Southern Wine & Spirits of Illinios
2971 Paysphere Circle
Chicago, IL 60674


Stephen D. Burton
5450 E. Fifth Street
Tucson, AZ 85711


Suez Energy NA
5450 E. Fifth St.
Tucson, AZ 85711

Sysco Food Services
250 Wieboldt Dr.
Des Plaines, IL 60016

Tassos Mettos
c/o John Voutiritsas
1300 Jefferson, Ste. 303
Des Plaines, IL 60016

Tec Foods Inc
PO Box 410727
Chicago, IL 60641

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 e. Oakton St.
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017

The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Black Ram Restaurant
1414 E. Oakton
Des Plaines, IL 60017


The Park Ridge Fine Arts Society
PO Box 89A
Park Ridge, IL 60068


Towns & Associates
126 Water Street
Baraboo, WI 53913


Travelhost-Chicago North
113 McHenry Rd.
Suite 210
Buffalo Grove, IL 60089


US Department of Labor
230 S. Dearborn Street
Room 412
Chicago, IL 60604

US Department of Labor
Wage & Hour Division
PO Box 2638
Chicago, IL 60690


US Department of Labor
c/o James Myers
230 S. Dearborn St., Room 412
Chicago, IL 60604


VCP Printing
901 Algonquin Rd.
Algonquin, IL 60102


Verizon
500 Technology Dr.
Suite 870
Saint Charles, MO 63304


Versa Foods
320 W. Gerri Lane
Addison, IL 60101


Video Reporter
21107 Vanowan St.
Canoga Park, CA 91303


Waste Management
2625 W. Grandview Rd.
Phoenix, AZ 85023


Williams & Baerson LLC
One North LaSalle
Suite 1350
Chicago, IL 60602


Yellow Book
c/o Baker & Miller
29 N. Wacker Dr., 5th Floor
Chicago, IL 60606


YLunch.com
604 Muskegan Ct
Vernon Hills, IL 60061